UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:21-cr-00072 |
| ) | JUDGE RICHARDSON |
| MARK NUNN ) | |

## ORDER

Defendant's Motion to Set Date for Change of Plea Hearing (Doc. No. 19) is granted. The plea hearing in this case is scheduled to **June 8, 2021 at 1:00 p.m.**

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE