# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| MARK NUNN | |
| | Case No.  3:21-cr-00072 |
| | USM No. 28378-509 |
| | Jack Byrd |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)  1, 2, 3, 4, 5 and 6  of the term of supervision.

☐ was found in violation of condition(s) count(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Illegal use of a controlled substance | 08/15/2022 |
| 2 | Illegal use of a controlled substance | 08/15/2022 |
| 3 | Failure to report for drug testing | 09/12/2022 |
| 4 | Failure to provide advanced notification to the probation | 04/13/2022 |

The defendant is sentenced as provided in pages 2 through  4  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  7  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5115

Defendant's Year of Birth:  1984

City and State of Defendant's Residence:
Nashville, TN

10/03/2022
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

October 7, 2022
Date

DEFENDANT:  MARK NUNN
CASE NUMBER:  3:21-cr-00072

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | officer of change in residency | 04/13/2022 |
| 5 | Failure to submit monthly supervision report to probation officer | 04/01/2022 |
| 6 | Failure to provide proof of earned income to probation officer | 09/01/2022 |

DEFENDANT: MARK NUNN
CASE NUMBER: 3:21-cr-00072

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

6 months' incarceration

☑   The court makes the following recommendations to the Bureau of Prisons:

Credit of 77 days due to custody overage in BOP.

☐   The defendant is remanded to the custody of the United States Marshal.

☑   The defendant shall surrender to the United States Marshal for this district:

    ☑   at   __02:00__   ☐ a.m.   ☑ p.m.   on   __10/14/2022__   .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on   _____   .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  MARK NUNN
CASE NUMBER:  3:21-cr-00072

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

2 years with the same conditions as previously imposed and an additional condition that he not drive between the date of this Judgment and when he self-report to the U.S. Marshals Service on October 14, 2022.